District Judge James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MOHIT PUTHURAYA, *et al.*,

                    Plaintiffs,

       v.

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES *et al.*,

                    Defendants.

No. 2:21-cv-01557-JLR

STIPULATED MOTION TO
DISMISS AND [PROPOSED]
ORDER

Note on Motion Calendar:
December 22, 2021

Plaintiffs bring this litigation seeking, *inter alia*, to compel the U.S. Citizenship and

Immigration Services ("USCIS") to adjudicate Plaintiffs' I-485 applications.  Dkt. No. 1.  USCIS

has approved their I-485 applications  and Plaintiffs have received their Lawful Permanent

Resident cards.   The above-captioned action having been resolved, all parties, through their

undersigned counsel and respective attorneys of record, now hereby stipulate to the dismissal with

prejudice, with each party to bear their own fees or costs.

//

//

//

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2

3    DATED: December 22, 2021                    s/ Ralph Hua
                                                 RALPH HUA, WSBA #42189
4                                                Fisher Phillips LLP
                                                 1201 3rd Avenue, Suite 2750
5                                                Seattle, WA 98101
                                                 Phone: 206-247-7014
6                                                Email: rhua@fisherphillips.com

7                                                *Attorney for Plaintiffs*

8    DATED: December 22, 2021                    s/ Michelle R. Lambert
                                                 MICHELLE LAMBERT, NYS #4666657
9                                                Assistant United States Attorney
                                                 United States Attorney's Office
10                                               1201 Pacific Ave, Suite 700
                                                 Tacoma, WA 98402
11                                               Phone: (253) 428-3824
                                                 Email: michelle.lambert@usdoj.gov

12

13                                               *Attorney for Defendants*

14

15

16

17

18

19

20

21

22

23

24
     STIPULATION MOTION TO DISMISS AND [PROPOSED] ORDER        UNITED STATES ATTORNEY
     2:21-cv-1557-JLR                                          700 STEWART STREET, SUITE 5220
     PAGE– 2                                                   SEATTLE, WASHINGTON 98101
                                                                    (206) 553-7970

1

**[PROPOSED] ORDER**

2    It is so **ORDERED**.  The case is dismissed with prejudice.

3

Dated this 22nd day of December, 2021.

4

5

6

7    JAMES L. ROBART
United States District Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23